United States District Court
Southern District of Texas
**ENTERED**
April 04, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Alexander Amador, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. H-22-3618 |
| | § | |
| Las Delicias Imports LLC, | § | |
| | § | |
| Defendant. | § | |

## ORDER

Pursuant to the Stipulation of Dismissal with Prejudice filed on March 31, 2023 the above referenced case is hereby dismissed with prejudice as to Defendant Las Delicias Imports LLC pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). The Clerk shall send a true copy to all counsel of record.

SIGNED at Houston, Texas, on this __3__ day of April, 2023.

DAVID HITTNER
United States District Judge